UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 11-1695 ODW (MRW) | Date | January 18, 2013 |
|---|---|---|---|
| Title | Hines v. Quintana | | |

| Present: The Honorable | Michael R. Wilner | |
|---|---|---|
| Veronica McKamie | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| n/a | | n/a |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL

The defense previously moved to dismiss Plaintiff's civil rights action. (Docket # 32.) Plaintiff failed to oppose the motion. Instead, he claimed that he wished to amend his complaint. (Docket # 34.) His motion was defective, though, because he did not provide the Court or defendant with a copy of his proposed new complaint. The Court directed Plaintiff to file either an amended complaint or an opposition to the dismissal motion by December 14, 2012. (Docket # 35.) To date, Plaintiff has not filed either pleading.

Therefore, IT IS ORDERED that Plaintiff show cause why this action should not be dismissed based on Defendant's unopposed motion and under Federal Rule of Civil Procedure 41 for failure to prosecute the action. Plaintiff must file his response to the Court's OSC by or before February 11, 2013, or the action will be terminated.