UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COREY HINES, | ) Case No. ED CV 11-1695 ODW (MRW) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| FRANCISCO QUINTANA, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATE: March 7, 2013

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE